

# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ♦ F. 718.263.9598

November 26, 2019

<u>**Via ECF**</u>
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>**Flores, et al. v. 338 8th Avenue Corp., et al.**</u>
**18-CV-0082 (KNF)**

Dear Judge Fox:

We represent the Plaintiffs in the above-referenced matter and we submit this letter on behalf of both parties pursuant to the telephone conference held before Your Honor on November 5, 2019.

The parties attach to this letter the following documents:

- Exhibit A: The parties' revised Settlement Agreement, which the parties shall execute promptly should the Court approve this Agreement; and

- Exhibit B: Plaintiffs' contemporaneous billing records, qualifications, and lodestar calculation of attorneys' fees

We thank Your Honor for his consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

Roman Avshalumov, Esq.