USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADAN PAULINO FLORES, ET AL.,

          Plaintiffs,

  -against-

338 8TH AVENUE CORP.,

          Defendant.
------------------------------------------------------------------X

ORDER

18-CV-0082 (AJN)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      To facilitate the Court's review of the parties' revised proposed settlement agreement, in this Fair Labor Standards Act case, each plaintiff shall file, expeditiously, a copy of the fully executed retainer agreement into which he entered with counsel. These agreements were requested by the Court during the November 5, 2019 telephone conference, but were not supplied with the parties' November 26, 2019 submissions.

Dated: New York, New York
       December 6, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE