USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADAN PAULINO FLORES, ET AL.,

              Plaintiffs,

      -against-

338 8TH AVENUE CORP.,

              Defendant.
-------------------------------------------------------------X

**ORDER**
18 - CV - 0082 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The parties are directed to file their fully executed revised settlement agreement, *see* Docket Entry No. 54-1, expeditiously to facilitate the settlement agreement approval process.

Dated: New York, New York
December 30, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE