

# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ♦ F. 718.263.9598

January 15, 2020

**Via ECF**
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **Flores, et al. v. 338 8th Avenue Corp., et al.**
        **18-CV-0082 (KNF)**

Dear Judge Fox:

    We represent the Plaintiffs in the above-referenced matter and we submit this letter on behalf of both parties to provide the Court with a copy of a fully executed revised settlement agreement pursuant to the Court's December 30, 2019 Order.

    We thank Your Honor for his consideration on this matter and remain available to provide any additional information.

                                            Respectfully submitted,

                                            /s/_____
                                            Roman Avshalumov, Esq.