UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADNAN PAULINO FLORES and EDUARDO     :
FLORES, *individually and on behalf of all others*
  *similarly situated*,                              :

                              Plaintiffs,            :

              -against-                               :                    ORDER

338 8th AVENUE CORP. d/b/a CITY GOURMET  :          18-CV-0082 (KNF)
MARKET,
                                                     :

                              Defendant.
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/20

        In this action brought pursuant to the Fair Labor Standards Act, the parties resolved their

dispute following a settlement conference convened by the Court. The terms and conditions

under which the parties agreed to resolve their dispute were reduced to a writing, which was

submitted to the Court for its review and approval. Thereafter, a conference was held with the

parties during which the Court identified certain provisions in the parties' written settlement

agreement which had to be modified. The parties have modified their written settlement

agreement and have submitted it to the Court for its review. See Docket Entry No. 58-1.

        Based upon the review of the parties' written settlement agreement, as modified, and the

discussions had during the above-referenced conferences, the Court finds that the settlement is

fair and reasonable. Therefore, the Court approves the parties' settlement agreement and

dismisses this case with prejudice.

        The Clerk of Court is directed to record this case as closed on the docket sheet.

Dated: New York, New York              SO ORDERED:
       January 17, 2020

                                       _Kevin Nathaniel Fox_____
                                       KEVIN NATHANIEL FOX
                                       UNITED STATES MAGISTRATE JUDGE